(May 16, 2001)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KEITH I. BRAUNFOTEL, on Behalf of TARA HENTHORN, Petitioner, v ROCKLAND COUNTY SHERIFF, Respondent. [724 NYS2d 892] —Writ of habeas corpus in the nature of an application to reduce bail upon Rockland County Indictment No. 01-122.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Rockland County Indictment No. 01-122 to the sum of $10,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Santucci, J. P., Goldstein, Luciano and Adams, JJ., concur.